DOROTHY W. MAHONEY, PETITIONER-PETITIONER, v. NITROFORM COMPANY, INC., RESPONDENT-RESPOND-ENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 116.

*Messrs. Avidan & Avidan* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

October 3, 1955.

DOROTHY W. MAHONEY, PETITIONER-RESPONDENT, v. NITROFORM COMPANY, INC., RESPONDENT-PETI-TIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 36 *N. J. Super.* 116.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Avidan & Avidan* for the respondent.

October 3, 1955.